

| | | | |
|---|---|---|---|
| Com. v. Davis . . . . . . | 05/31/201655 WAL (2016) | Denied | Pa.Super., 136 A.3d 1030 |
| Com. v. Deschu . . . . | 06/01/2016811 MAL (2015) | Denied | Pa.Super., 133 A.3d 81 |
| Com. v. Epps . . . . . . . | 05/24/2016704 EAL (2015) | Denied | Pa.Super., 134 A.3d 502 |
| Com. v. Fink . . . . . . . | 06/15/2016108 MAL (2016) | Denied | Pa.Super., 55 A.3d 141 |
| Com. v. Gaffney . . . . | 05/31/2016619 EAL (2015) | Denied | Pa.Super., 133 A.3d 83 |
| Com. v. Glass . . . . . . | 05/24/2016965 MAL (2015) | Denied | Pa.Super., 134 A.3d 92 |
| Com. v. Grayson . . . | 05/31/201684 MAL (2016) | Denied | Pa.Super., 141 A.3d 583 |
| Com. v. Guzman-Rodriguez[2] . . . . . . | 06/15/2016109, 110 MAL (2016) | Denied | Pa.Super., 133 A.3d 65 |
| Com. v. Haynes[3] . . . | 06/01/2016627 EAL (2015) | Denied | Pa.Super., 125 A.3d 800 |
| Com. v. Hunter. . . . . | 06/06/201651 EAL (2016) | Denied | Pa.Super., 136 A.3d 1029 |
| Com. v. Hunter[4] . . . | 05/31/2016631 EAL (2015) | Denied | Pa.Super., 134 A.3d 101 |
| Com. v. Ianozi . . . . . | 06/15/2016173 MAL (2016) | Denied | Pa.Super., 136 A.3d 1040 |
| Com. v. Jackson . . . . | 06/15/2016128 MAL (2016) | Denied | Pa.Super., 136 A.3d 1030 |

**2.** Justice WECHT did not participate in the consideration or decision of this matter.

**3.** Justice DONOHUE and WECHT did not participate in the consideration or decision of this matter.

**4.** Justice DONOHUE did not participate in the consideration or decision of this matter.